# ALLYN, HAUSNER & MONTANILE, LLP.

75 SOUTH BROADWAY
4TH FLOOR
WHITE PLAINS, NEW YORK 10606
(914) 304-4336
Fax (914) 304-4337

GLENN B. ALLYN*
LESLIE HAUSNER MONTANILE**
JOSEPH A. MONTANILE***

*ADMITTED IN NY, NJ, PA, CT & DC
**ADMITTED IN NY, CA & AZ
***ADMITTED IN NY & NJ

O. HAMPTON BROWN, III
OF COUNSEL IN PA

NEW YORK CITY
(212) 768-2254
FAX (212) 768-2294

ROCKLAND
(845) 268-5900
FAX (845) 268-6470

BY APPOINTMENT:
52 SEMINOLE AVENUE
OAKLAND, NEW JERSEY 07346

PLEASE REPLY TO: WHITE PLAINS, NY

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAY 25 2005
TIME A.M. _____

## FAX COVER SHEET

FAX transmission from: <u>Glenn B. Allyn</u>   Date: May 19, 2005

From FAX number: <u>(845) 268-6470</u>

To: 1. <u>Hon. Sterling Johnson, U.S.D.J.</u>        Fax #: <u>(718) 260-2467</u>
   CC:
   2. <u>Delia M. Guazzo, Esquire/ Guazzo & Guazzo</u> Fax #: <u>(646) 658-0599</u>

Total number of pages, including cover: 2

RE: Carcione v. Brooklyn Navy Yard  CV 01-0953 (SJ)(JA)

Your Honor had previously granted plaintiff's request to extend his time to submit opposition papers in response to defendants rule 56 motion until May 19, 2005. This was plaintiff's only request to extend such time. I called defendant's counsel yesterday looking for exhibits which I had not received by her courtesy e-mail. Today, in response to that request, defense counsel indicated same were on the electronic database. Defense counsel also corrected my mistake that papers were to be filed tomorrow which I calculated as three weeks from our date in Court. Defense counsel was right and submission is due today. Two weeks ago, my office, server and equipment was formally moved to White Plains, from my Rockland office. As a result of this server and equipment move (the Xerox copier scanner is not properly working and I have difficulties getting documents through adobe A computer tech will work with me all weekend to get the equipment properly functioning) I am having trouble scanning documents for submission and retrieving the electronically filed exhibits. I ask for an extension until Monday, so in the event the equipment is not working I can both hand serve and file the papers.

Although your Honor indicated that my prior request was final, under the circumstances I would ask that my time to file be extended to Monday, and defense counsel given four extra days to reply. There is no prejudice to defendant, and it is important to note that the defendants time to serve its papers were extended on several occasions, as well as a page limitation increased.

Defendant takes no position on this request.

We could still maintain the June 10, 2005 conference date and set a schedule for oral argument if necessary, or set a new conference date shortly after the June 14, 2005 date. The motion would be fully submitted on June 14, 2005.

I am sending this request after speaking with chambers and with permission of chambers.

Thank you for considering the instant request.

Sincerely,

Glenn B. Allyn

SO ORDERED

s/SJ

Sterling Johnson, U.S.D.J.     Dated: 5/19/05

If there is a problem with receipt of any of the pages of this facsimile transmittal, please call (845) 268-5900

NOTICES: NO AUTHORIZATION IS GRANTED, NOR CONSENT GIVEN TO SERVICE OF ANY PLEADING, MOTION OR OTHER LITIGATION PAPER BY FACSIMILE OR OTHER ELECTRONIC MEANS. EVEN THOUGH A FACSIMILE NUMBER MAY BE SHOWN ON CORRESPONDENCE OR FACSIMILE COVER SHEETS, "[T]RANSMITTAL FAX SHEETS AND COVER LETTERS ARE NOT PAPERS WHICH ARE SERVED AND FILED IN THE COURSE OF AN ACTION. THESE ARE PAPERS WHICH ARE USED FOR CORRESPONDENCE BETWEEN COUNSEL. CORRESPONDENCE, EVEN IF ADDRESSED TO THE COURT, IS NOT A PAPER WHICH WOULD BE NECESSARILY FILED WITH THE CLERK OF THE COURT. [CPLR 2103(B)(5)] REFERS TO AFFIDAVITS, PLEADINGS AND THE LIKE WHICH HAVE A LITIGATION BACK ATTACHED TO THEM." LEVIN V. LEVIN, 160 MISC.2D 388, 609 N.Y.S.2D 547 (SUP. CT. NASSAU CO. 1994). SEE ALSO RELEVANT AUTHORITY FOR ALL OTHER STATES.

THIS FACSIMILE TRANSMISSION CONTAINS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUALS NAMED ON THE TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETURN OF THE DOCUMENTS TO US AT NO COST TO YOU.